Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES--GENERAL

Case No.   **CV 98-3939-CAS (RNBx)**                    Date: **June 18, 2001**

Title:   <u>Aurelio Cervantes Morales vs. City of Los Angeles, et al.</u>

================================================================
**DOCKET ENTRY**
================================================================

PRESENT:

        HON. <u>ROBERT N. BLOCK</u>, MAGISTRATE JUDGE

    <u>Marsha Eugene</u>        <u>   n/a   </u>
    Deputy Clerk        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                             None present

**PROCEEDINGS:   (IN CHAMBERS)**

    Plaintiff's motion to compel further responses to Requests for Production, which was received for filing on June 14, 2001 and which purported to notice the motion for hearing on June 26, 2001 in violation of Local Rule 7.15.2.4, will be heard by Magistrate Judge Block on July 3, 2001 in Courtroom 540 of the Roybal Building.

cc:  Judge Snyder



MINUTES FORM 11                              Initials of Deputy Clerk _____
CIVIL-GEN