Priority ✗
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 98-3939-CAS (RNBx)**                    Date: **June 22, 2001**

Title:  <u>Aurelio Cervantes Morales vs. City of Los Angeles, et al.</u>

===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

   HON. <u>ROBERT N. BLOCK</u>, MAGISTRATE JUDGE

   <u>Marsha Eugene</u>           <u>     n/a     </u>
   Deputy Clerk              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                             None present

**PROCEEDINGS: (IN CHAMBERS)**

   In order to resolve whether any additional documents responsive to plaintiff's Requests for Production do or do not exist and/or whether the City has made a diligent good faith effort to determine whether any such additional responsive documents do or do not exist, the City is ORDERED to designate and produce a custodian of records at the hearing on plaintiff's motion which currently is calendared for July 3, 2001 at 9:30 a.m. The Court intends to afford plaintiff's counsel the opportunity at the hearing to cross-examine the City's custodian under oath.

cc: Judge Snyder

ENTERED ON ICMS
JUN 25 2001
CV

MINUTES FORM 11                              Initials of Deputy Clerk ____
CIVIL-GEN